McKenna, Appellant, *v.* Adelphia Button Company.

Argued March 20, 1972. *Elizabeth M. McKenna,* for appellant; *D. Griffith,* with him *David L. Pennington,* for appellee.

Order affirmed.